FORM 1

Page No: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 07-15630 | Trustee Name: | Richard D. Nelson |
|---|---|---|---|
| Case Name: | WACO ACQUISITIONS, INC. | Date Filed (f) or Converted (c): | 12/28/2012 (c) |
| For the Period Ending: | 09/30/2020 | §341(a) Meeting Date: | 02/15/2013 |
| | | Claims Bar Date: | 05/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Funds from Converted Chapter 11 (u) | $19,239.93 | $19,239.93 | | $19,239.93 | FA |
| 2 | Funds held in Frost Brown Todd LLC Trust Account (held in FBT Trust Account for a number of years, FBT believes that they have no claim to hold these funds) (u) | $613.82 | $613.82 | | $613.82 | FA |

**TOTALS (Excluding unknown value)**                                                                                                     **Gross Value of Remaining Assets**

$19,853.75     $19,853.75     $19,853.75     $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/11/2020 | Court entered Order Granting Omnibus Objection to Claims: POC #7 The ICEE Company - no liability (Doc. 453; Doc. 463) |
| 08/06/2020 | Court entered Order Granting Omnibus Objection to Claims: POC #5 Coca Cola Enterprises - duplicative claims (Doc. 454; Doc. 461) |
| 07/22/2020 | Court entered Order Granting Omnibus Objection to Claims: POC #10 Cox Auto Trader - no liability (Doc. 450; Doc. 459) |
| 07/09/2020 | Court entered Order Granting Objection to Claim: POC #8 Tri-State Juice Company - no liability (Doc. 449; Doc. 456) |
| 07/07/2020 | Court entered Order Granting Objection to Claim: POC #4 Specialty Automotive Services, Inc. - no liability (Doc. 448; Doc. 455) |
| 06/30/2020 | attorney for trustee filed Omnibus Objection to Claims: POC #5 Coca Cola Enterprises - duplicative claims (Doc. 454); pending Order (est. 7/30/20) |
| 06/24/2020 | attorney for trustee filed Omnibus Objection to Claims: POC #7 The ICEE Company - no liability (Doc. 453); pending Orders (est. 7/20/20) |
| 06/12/2020 | Court entered Agreed Order Resolving Claims of Office of Kenton County Sheriff [POC #3-2 - disallowed and expunged] (Doc. 451) |
| 06/09/2020 | attorney for trustee filed Omnibus Objection to Claims: POC #10 Cox Auto Trader - no liability (Doc. 450); pending Orders (est. 7/9/20) |
| 06/04/2020 | attorney for trustee filed Objection to Claim: POC #8 Tri-State Juice Company - no liability (Doc. 449); pending Orders (est. 7/6/20) |
| 06/01/2020 | attorney for trustee filed Objection to Claim: POC #4 Specialty Automotive Services, Inc. - no liability (Doc. 448); pending Orders (est. 7/1/20) |
| 05/04/2020 | Court entered Agreed Order Resolving Claims of Core-Mark Midcontinent, Inc. [POC #14 - allowed as general unsecured non-priority claim at reduced amount $842,798.61] (Doc. 446) |

| Case No.: | 07-15630 | | | Trustee Name: | Richard D. Nelson |
| Case Name: | WACO ACQUISITIONS, INC. | | | Date Filed (f) or Converted (c): | 12/28/2012 (c) |
| For the Period Ending: | 09/30/2020 | | | §341(a) Meeting Date: | 02/15/2013 |
| | | | | Claims Bar Date: | 05/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 04/20/2020 | Court entered Agreed Order Resolving Claims of Louis Trauth Dairy, LLC [POC #25 - allowed as general unsecured non-priority claim at reduced amount $29,909.47] (Doc. 444) |
| 03/13/2020 | Court entered Orders Granting Objections to Claims: |
| | POC #19 PepsiAmericas, Inc. - no liability (Doc. 429; Doc. 434); |
| | POCs #27,28 Hamilton County Treasurer - amended (Doc. 430; Doc. 435); |
| | POCs #30,36 MidAmerica Door Co. - duplicative (Doc. 431; Doc. 436); |
| | POC #24 Loma Linda University - duplicative (Doc. 432; Doc. 437); and |
| | POC #35 Reliable Construction Services - technically deficient (Doc. 433; Doc. 438) |
| 02/12/2020 | trustee wrote to various Claimants [Tri-State Juice POC#8; The Icee Company POC#7; Specialty Automotive, Inc. POC#4; Office of Kenton County Sheriff POC#3-2; Coca Cola Enterprises POC#5; Core-Mark Midcontinent, Inc. POC#14; Louis Trauth Dairy, LLC POC#25; and Cox Auto Trader POC#10] requesting that they amend their POCs to only include valid Stores and/or attach sufficient support documents; trustee will file Objections to POCs if no response (Amended POCs filed) within 14 days (est. 2/27/20) |
| 02/06/2020 | attorney for trustee filed Objection to Claim #35 Reliable Construction Services - technically deficient (Doc. 433); pending Order (est. 3/9/20) |
| 01/31/2020 | attorney for trustee filed Objections to Claims: |
| | POC #19 PepsiAmericas, Inc. - no liability (Doc. 429); |
| | POCs #27,28 Hamilton County Treasurer - amended (Doc. 430); |
| | POCs #30,36 MidAmerica Door Co. - duplicative (Doc. 431); and |
| | POC #24 Loma Linda University - duplicative (Doc. 432); pending Orders (est. 3/2/20) |
| 05/15/2018 | Court issued Agreed Order Resolving Claims of Ohio Department of Taxation [Claimant Ohio Department of Taxation agreed to allow its POC #12 and POC #31 as filed as priority tax claims, and disallow POC #13-2] (Doc. 424) |
| 04/05/2018 | Court issued Agreed Order Resolving Claims of the Hillstreet Fund III, L.P. [Claimant Hillstreet Fund III, L.P. agreed to modify its POC #23 to a general unsecured non-priority claim at a reduced amount] (Doc. 422) |
| 03/06/2018 | Court issued Agreed Order Resolving Claims of Wells Fargo Bank, N.A. [Claimant Wells Fargo Bank, N.A. agreed to withdraw its POC #20 and POC #21] (Doc. 420) |
| 10/27/2014 | TIR filed |
| 01/07/2013 | associated cases: |
| | 07-15631 AFM 802, Inc. |
| | 07-15632 AFM 803, Inc. |
| | 07-15634 AFM 804, Inc. |
| | 07-15635 AFM 808, Inc. |
| | 07-15636 AFM 809, Inc. |
| | 07-15637 AFM 811, Inc. |
| | 07-15638 AFM 813, Inc. |
| | 07-15639 AFM 817, Inc. |
| | |
| | -these cases are jointly administered under Petro Acquisitions, Inc., et al., Case #07-15723 |

| Case No.: | 07-15630 | | | Trustee Name: | Richard D. Nelson |
|---|---|---|---|---|---|
| Case Name: | WACO ACQUISITIONS, INC. | | | Date Filed (f) or Converted (c): | 12/28/2012 (c) |
| For the Period Ending: | 09/30/2020 | | | §341(a) Meeting Date: | 02/15/2013 |
| | | | | Claims Bar Date: | 05/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): 12/31/2013          Current Projected Date Of Final Report (TFR): 10/31/2020          /s/ RICHARD D. NELSON

RICHARD D. NELSON

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 07-15630 | |
| **Case Name:** | WACO ACQUISITIONS, INC. | |
| **Primary Taxpayer ID #:** | **-***0210 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2019 | |
| **For Period Ending:** | 09/30/2020 | |

| | |
|---|---|
| **Trustee Name:** | Richard D. Nelson |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******5630 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2013 | (1) | Estate of Waco Acquisitions 07-15630 | Funds from Converted Chapter 11 Case | 1290-010 | $19,239.93 | | $19,239.93 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $17.02 | $19,222.91 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.00 | $19,192.91 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.96 | $19,161.95 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.91 | $19,132.04 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.86 | $19,101.18 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.81 | $19,070.37 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.77 | $19,040.60 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.71 | $19,009.89 |
| 11/25/2013 | 3001 | Insurance Partners Agency, Inc. | Chapter 7 Bond Premium 11/1/13-11/1/14 | 2300-000 | | $14.81 | $18,995.08 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.67 | $18,965.41 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.59 | $18,934.82 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.54 | $18,904.28 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.54 | $18,876.74 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.45 | $18,846.29 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.42 | $18,816.87 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.35 | $18,786.52 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.32 | $18,757.20 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.25 | $18,726.95 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.20 | $18,696.75 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.18 | $18,667.57 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.11 | $18,637.46 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.09 | $18,608.37 |
| 12/22/2014 | 3002 | Insurance Partners Agency, Inc. | Chapter 7 Blanket Bond Premium 11/1/14-11/1/15 | 2300-000 | | $15.16 | $18,593.21 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.01 | $18,563.20 |
| | | | **SUBTOTALS** | | $19,239.93 | $676.73 | |

FORM 2

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-15630 | | Trustee Name: | Richard D. Nelson |
| Case Name: | WACO ACQUISITIONS, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0210 | | Checking Acct #: | ******5630 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.94 | $18,533.26 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.00 | $18,506.26 |
| 03/16/2015 | (2) | Frost Brown Todd Escrow | funds held in Frost Brown Todd Trust Account | 1229-000 | $613.82 | | $19,120.08 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.30 | $19,089.78 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.80 | $19,059.98 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.74 | $19,029.24 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.70 | $18,999.54 |
| 07/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.65 | $18,969.89 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $31.58 | $18,938.31 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.56 | $18,908.75 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.50 | $18,878.25 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.47 | $18,848.78 |
| 12/18/2015 | 3003 | Insurance Partners Agency, Inc. | Chapter 7 Bond Payment (11/1/15-11/1/16) (Policy #82153881; Invoice #222127) | 2300-000 | | $15.67 | $18,833.11 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.39 | $18,802.72 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.33 | $18,772.39 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $28.32 | $18,744.07 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.23 | $18,713.84 |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.21 | $18,684.63 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.14 | $18,654.49 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.12 | $18,625.37 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $30.04 | $18,595.33 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.99 | $18,565.34 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $28.98 | $18,536.36 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.90 | $18,506.46 |
| **SUBTOTALS** | | | | | **$613.82** | **$670.56** | |

| Case No. | 07-15630 | | Trustee Name: | Richard D. Nelson |
|---|---|---|---|---|
| Case Name: | WACO ACQUISITIONS, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0210 | | Checking Acct #: | ******5630 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/14/2016 | 3004 | Westfield Insurance Company | Chapter 7 Blanket Bond Renewal (11/1/16-11/1/17) (Policy Bond #3517688; Invoice #354182) | 2300-000 | | $5.56 | $18,500.90 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $28.88 | $18,472.02 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.79 | $18,442.23 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.74 | $18,412.49 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.82 | $18,385.67 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $29.65 | $18,356.02 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $28.65 | $18,327.37 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.22 | $18,300.15 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.31 | $18,273.84 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.14 | $18,246.70 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.10 | $18,219.60 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.19 | $18,193.41 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.03 | $18,166.38 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.11 | $18,140.27 |
| 12/01/2017 | 3005 | Westfield Insurance Company | Chapter 7 Blanket Bond Renewal 11/1/17-11/1/18 | 2300-000 | | $7.48 | $18,132.79 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.94 | $18,105.85 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.89 | $18,078.96 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.25 | $18,054.71 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.82 | $18,027.89 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.91 | $18,001.98 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.74 | $17,975.24 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $25.84 | $17,949.40 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $26.66 | $17,922.74 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $4.29 | $17,918.45 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($4.29) | $17,922.74 |
| | | | **SUBTOTALS** | | **$0.00** | **$583.72** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 07-15630 | Trustee Name: | Richard D. Nelson |
|---|---|---|---|
| Case Name: | WACO ACQUISITIONS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******5630 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2019 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $313.64 | $17,609.10 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($313.64) | $17,922.74 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $26.64 | $17,896.10 |
| 12/12/2018 | 3006 | Insurance Partners | Chapter 7 Blanket Bond Renewal (11/1/18-11/1/19) (Policy Bond #3517688; Invoice #667034) | 2300-000 | | $8.10 | $17,888.00 |
| 11/11/2019 | 3007 | Insurance Partners | Chapter 7 Blanket Bond Renewal #3517688 (11/1/19-11/1/20) | 2300-000 | | $5.56 | $17,882.44 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $26.07 | $17,856.37 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $26.03 | $17,830.34 |

| | | | | | |
|---|---|---|---|---|---|
| | | | TOTALS: | $19,853.75 | $2,023.41 | $17,830.34 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | Subtotal | $19,853.75 | $2,023.41 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $19,853.75 | $2,023.41 | |

**For the period of 10/01/2019 to 09/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $57.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $57.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/12/2013 to 9/30/2020**

| | |
|---|---|
| Total Compensable Receipts: | $19,853.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,853.75 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $2,023.41 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,023.41 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 5

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-15630 | Trustee Name: | Richard D. Nelson |
| --- | --- | --- | --- |
| Case Name: | WACO ACQUISITIONS, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0210 | Checking Acct #: | ******5630 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/01/2019 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $19,853.75 | $2,023.41 | $17,830.34 |

| For the period of 10/01/2019 to 09/30/2020 | | For the entire history of the account between 03/12/2013 to 9/30/2020 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $19,853.75 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $19,853.75 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $57.66 | Total Compensable Disbursements: | $2,023.41 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $57.66 | Total Comp/Non Comp Disbursements: | $2,023.41 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RICHARD D. NELSON

RICHARD D. NELSON